Wendell BERRY, Appellant,

v.

Earl James MUSCHAMP, Bankrupt.

No. 16328.

United States Court of Appeals Eighth Circuit.

Oct. 2, 1959.

James A. Stemmler, St. Louis, Mo., for appellant.

Fred A. Gossom, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on dismissal of appeal filed by appellant.